UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MATTHEW McDERMOTT,　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　:
　　　　　Plaintiff,　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　:
　　　-against-　　　　　　　　　　　　　:　　　**ORDER**
　　　　　　　　　　　　　　　　　　　　　:　　　19-CV-2012 (MKV) (KNF)
BIERMAN APPAREL CORP.,　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　:
　　　　　Defendant.　　　　　　　　　　　:
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

　　　　The docket sheet maintained by the Clerk of Court for this action reflects that the complaint was served on January 23, 2020, see Docket Entry No. 14; however, no answer has been filed. Therefore, on or before May 22, 2020, the plaintiff shall advise the Court, in writing, of the status of this action.

Dated: New York, New York　　　　　　　　　　SO ORDERED:
　　　　　May 17, 2020

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　KEVIN NATHANIEL FOX
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE