```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/7/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATTHEW MCDERMOTT,

                Plaintiff,

-against-

BIERMAN APPAREL CORP.,

                Defendant.

1:19-cv-02012-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    The Court will hold a hearing on Plaintiff's motion for a default judgment on April 21, 2021 at 12:00PM. The conference will be held telephonically. To join the conference, dial 888-278-0296 and enter access code 5195844.

    Plaintiff is directed to serve a copy of this order on Defendant along with another copy of Plaintiff's motion for a default judgment and all supporting papers (including the supplemental declaration filed at ECF No. 39). Proof of service must be filed on the ECF docket on or before April 16, 2021.

**SO ORDERED.**

Date:  April 7, 2021
         New York, NY

**MARY KAY VYSKOCIL**
**United States District Judge**