# Liebowitz Law Firm, PLLC
ATTORNEYS FOR THE PHOTOGRAPHIC ARTS

11 SUNRISE PLAZA, STE. 305
VALLEY STREAM, NY 11580
(516) 233-1660
WWW.LIEBOWITZLAWFIRM.COM

June 1, 2021

**VIA ECF**

Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> **GRANTED. The conference is adjourned to June 23, 2021 at 2:30PM. The Parties should use the dial-in information previously provided. SO ORDERED.**
>
> Date: 6/1/2021
> New York, New York
>
> _/s/ Mary Kay Vyskocil_
> Mary Kay Vyskocil
> United States District Judge

Re: *McDermott v. Bierman Apparel Corp.,* 1:19-cv-02012 (MKV-KNF)

Dear Judge Vyskocil:

We represent Matthew McDermott ("Plaintiff") in the above-referenced case and write pursuant to section 2.G of the Court's Individual Rules of Practice to respectfully request a 14-day adjournment of the default judgment hearing currently scheduled for June 2, 2021.

1) The original hearing is scheduled or June 2, 2021 at 11:00 a.m. [Dkt. No. 42]

2) No previous requests for an adjournment have been made.

3) No previous requests have been granted or denied.

4) The reason for the request is that undersigned counsel has been summoned to jury duty in New York state court beginning June 1, 2021; and therefore may not be able to attend the June 2 hearing. Undersigned counsel did not learn of the summons until Sunday, May 30, 2021, and therefore cannot request a postponement.

5) Undersigned counsel attempted to contact defense counsel by email on May 31, 2021; however has yet to receive a response (likely because it was the holiday weekend).

Undersigned counsel apologizes to the Court for not meeting the 72 hour notice, as prescribe by the Court's rules; however, given that I was not aware of the summons until this past weekend, good cause exists for the Court to grant the belated request for a 14-day adjournment of tomorrow's hearing.

Respectfully Submitted,

**s/jameshfreeman/**
James H. Freeman

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/1/2021





*Counsel for Plaintiff*